# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:   Trask, Nicole  §   Case No. 06 B 17112
         §
Debtor   §
         §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/26/2006.

2) The plan was confirmed on 03/26/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/10/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/01/2010.

5) The case was completed on 01/30/2012.

6) Number of months from filing or conversion to last payment: 61.

7) Number of months case was pending: 66.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $9,940.00.

10) Amount of unsecured claims discharged without full payment: $41,226.73.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $11,537.74 |
| Less amount refunded to debtor | $201.58 |

**NET RECEIPTS:** $11,336.16

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,806.33 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $654.74 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,461.07

Attorney fees paid and disclosed by debtor        $0

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Robert J Adams & Associates | Priority | $2,806.00 | NA | NA | $0 | $0 |
| Aastro Title Lenders | Secured | $0 | $334.68 | $334.68 | $0 | $0 |
| Countrywide Home Loans Inc | Secured | $115,885.00 | NA | NA | $0 | $0 |
| HSBC Mortgage Services | Secured | $40,000.00 | NA | NA | $0 | $0 |
| Monterey Financial Services | Secured | $1,450.00 | $1,450.00 | $1,450.00 | $1,450.00 | $0 |
| Pay Day Loan Store Of Illinois | Secured | $250.00 | $250.00 | $250.00 | $250.00 | $0 |
| Affiliated | Unsecured | $35.00 | NA | NA | $0 | $0 |
| Affiliated | Unsecured | $50.00 | NA | NA | $0 | $0 |
| America's Financial Choice Inc | Unsecured | $295.00 | NA | NA | $0 | $0 |
| America's Financial Choice Inc | Unsecured | $440.00 | $437.28 | $437.28 | $49.83 | $0 |
| Arrow Financial Services | Unsecured | $700.00 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | $850.00 | $851.86 | $851.86 | $97.07 | $0 |
| Asset Acceptance | Unsecured | $240.00 | $240.88 | $240.88 | $27.44 | $0 |
| B-Line LLC | Unsecured | $1,500.00 | $1,626.46 | $1,626.46 | $185.27 | $0 |
| BMO Harris Bank | Unsecured | $965.00 | $970.11 | $970.11 | $0 | $0 |
| Cavalry Portfolio Services | Unsecured | $365.00 | NA | NA | $0 | $0 |
| Certegy Payment Recovery Services I | Unsecured | $75.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Charter One Bank | Unsecured | $860.00 | NA | NA | $0 | $0 |
| Check Protection System | Unsecured | $110.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $90.00 | $180.00 | $180.00 | $20.51 | $0 |
| Collect America | Unsecured | $670.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $320.00 | NA | NA | $0 | $0 |
| East Bay Funding | Unsecured | $670.00 | $668.87 | $668.87 | $76.20 | $0 |
| First Cash Advance | Unsecured | $585.00 | NA | NA | $0 | $0 |
| GE Customized Auto Credit | Unsecured | $0 | NA | NA | $0 | $0 |
| HSBC | Unsecured | $610.00 | NA | NA | $0 | $0 |
| Illinois Designated Account Purchase | Unsecured | $21,680.00 | NA | NA | $0 | $0 |
| Illinois Student Assistance Commission | Unsecured | $38,140.00 | $22,007.99 | $22,007.99 | $2,507.13 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $665.00 | $1,345.62 | $1,345.62 | $153.31 | $0 |
| MCI Residential | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| Midland Credit Management | Unsecured | $1,360.00 | NA | NA | $0 | $0 |
| Monterey Financial Services | Unsecured | $1,755.00 | $305.81 | $305.81 | $34.84 | $0 |
| Monterey Financial Services | Unsecured | $0 | NA | NA | $0 | $0 |
| NCO Financial Services Inc | Unsecured | $280.00 | NA | NA | $0 | $0 |
| NCO Financial Services Inc | Unsecured | $365.00 | NA | NA | $0 | $0 |
| NCO Financial Services Inc | Unsecured | $60.00 | NA | NA | $0 | $0 |
| Park Dansan | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Park Dansan | Unsecured | $335.00 | NA | NA | $0 | $0 |
| Pay Day Loans | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Pay Day Loans | Unsecured | $310.00 | NA | NA | $0 | $0 |
| PDL Financial Services | Unsecured | $650.00 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $320.00 | $1,153.69 | $1,153.69 | $131.40 | $0 |
| PLS Payday Loan Store | Unsecured | $350.00 | NA | NA | $0 | $0 |
| Premier Bankcard | Unsecured | $300.00 | $296.49 | $296.49 | $33.79 | $0 |
| QC Financial Services | Unsecured | $230.00 | $415.00 | $415.00 | $47.27 | $0 |
| Quantum3 Group | Unsecured | $440.00 | $441.47 | $441.47 | $50.29 | $0 |
| Resurgent Capital Services | Unsecured | $335.00 | $334.30 | $334.30 | $38.08 | $0 |
| Resurgent Capital Services | Unsecured | $1,000.00 | $999.02 | $999.02 | $113.82 | $0 |
| Sallie Mae | Unsecured | $19,975.00 | $17,088.46 | $17,088.46 | $1,946.82 | $0 |
| Sallie Mae | Unsecured | NA | $3,621.42 | $3,621.42 | $412.44 | $0 |
| Simm Associates Inc | Unsecured | $1,360.00 | NA | NA | $0 | $0 |
| Surety Finance | Unsecured | $1,105.00 | NA | NA | $0 | $0 |
| T Mobile USA | Unsecured | $310.00 | $110.51 | $110.51 | $12.59 | $0 |
| Target Store/Retailers Bank | Unsecured | $90.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| The Money Co | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Uptown Cash | Unsecured | $525.00 | NA | NA | $0 | $0 |
| Verizon Wireless | Unsecured | $960.00 | $2,079.45 | $2,079.45 | $236.99 | $0 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $2,034.68 | $1,700.00 | $0 |
| **TOTAL SECURED:** | $2,034.68 | $1,700.00 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $55,174.69 | $6,175.09 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,461.07 |
| Disbursements to Creditors | $7,875.09 |
| **TOTAL DISBURSEMENTS:** | $11,336.16 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: June 6, 2012     By: /s/ MARILYN O. MARSHALL
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.